1
2
3
4
5                          IN THE UNITED STATES DISTRICT COURT
6                       FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   CHRISTY MARIE CAMP,                    )   No. C 06-7616 JSW (PR)
                                           )
9               Petitioner,                )
                                           )   **ORDER OF TRANSFER**
10     vs.                                 )
                                           )
11   TINA HORNBEAK, Warden,                )
                                           )
12              Respondent.                )
                                           )
13
14          Petitioner is a state prisoner currently incarcerated at Valley State Prison for
15   Women, located in Chowcilla, California, in Madera County, within the venue of the
16   United States District Court for the Eastern District of California.  On December 13,
17   2006, this Court received the petition for a writ of habeas corpus regarding Petitioner's
18   parole hearings before the Board of Prison Terms.
19          Venue is proper in a habeas action in either the district of conviction or the district
20   of confinement, see id § 2241(d).  Federal courts in California traditionally have chosen
21   to hear petitions challenging a conviction or sentence in the district of conviction. *See*
22   *Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F.
23   Supp. 265, 266 (N.D. Cal. 1968).  If the petition is directed to the manner in which a
24   sentence is being executed, e.g., if it involves parole or time credits claims, the district of
25   confinement is the preferable forum.  *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875
26   F.2d 244, 249 (9th Cir. 1989).
27          Therefore, this Court will transfer this action to the United States District Court
28   for the Eastern District of California.  Accordingly, IT IS ORDERED in the interest of
     justice, and pursuant to 28 U.S.C. § 1406(a), that this action be TRANSFERRED to the

1  United States District Court for the Eastern District of California. The Clerk of the
2  Court shall transfer this matter forthwith.
3      IT IS SO ORDERED.
4  DATED: December 20, 2006

                                                 */s/ Jeffrey S. White*
                                                 JEFFREY S. WHITE
                                                 United States District Judge